UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:07CR37 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| JASON V. YOUNG, | ) | |
| | ) | |
| Defendant. | ) | |

At the initial appearance of the defendant on the charges contained in the indictment on file, the United States moved to detain the defendant without bail pending trial on the basis that he was a flight risk and a danger to the community. At the time of his initial appearance before the court, the defendant was in the custody of the Southern District of Iowa on federal charges. Accordingly,

**IT IS ORDERED:**

The government's motion for detention of Jason V. Young pursuant to the Bail Reform Act is held in abeyance pending the defendant's release from the Bureau of Prisons.

**IT IS FURTHER ORDERED:**

The defendant, Jason V. Young, having received notice of his return to the custody of the Southern District of Iowa pending the disposition of this matter, the U.S. Marshal is authorized to return the defendant, Jason V. Young, to the custody of the Southern District of Iowa pending the final disposition of this matter and the U.S. Marshal for the District of Nebraska is directed to place a detainer with the correctional officer having custody of the defendant.

DATED this 19th day of May, 2008.

BY THE COURT:

s/ F. A. Gossett
United States Magistrate Judge